# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In Re: | |
| MANA P. SEM, | Case No. 1:17-bk-26183 |
| Debtor(s) | |
| | Chapter 13 |
| MANA P. SEM, | |
| Plaintiffs | Honorable Janet S. Baer |
| v. | |
| | Adversary No. 1:22-ap-00003 |
| VW CREDIT, INC. d/b/a AUDI FINANCIAL SERVICES, | |
| Defendant | |

## NOTICE OF VOLUNTARY DISMISSAL

**NOTICE IS HEREBY GIVEN** that pursuant to Fed. R. Civ. P. 41(a), Plaintiff, MANA P. SEM, voluntarily dismisses Defendant, VW CREDIT, INC. d/b/a AUDI FINANCIAL SERVICES, with prejudice from this action with each party to bear their own attorney's fees and costs. This notice of dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

DATED: March 18, 2022

Respectfully submitted,

**MANA P. SEM**

By: */s/ Joseph S. Davidson*

Joseph S. Davidson
LAW OFFICES OF JOSEPH P. DOYLE LLC
105 South Roselle Road
Suite 203
Schaumburg, Illinois 60193
+1 847-985-1100

jdavidson@fightbills.com